PHILLIP A. TALBERT
United States Attorney
LISA A. THOMAS
Regional Chief Counsel, Region VII
SARAH E. PRESTON, MO BAR 60154
Special Assistant United States Attorney
      601 E 12th Street, Suite 965
      Kansas City, MO 64106
      Telephone: (816) 936-5931
      Facsimile: (833) 950-3518
      Email: Sarah.Preston@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARIA DEL ROCIO RAMIREZ,<br><br>      Plaintiff,<br><br>   vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Case No.: 1:21-cv-00659-EPG<br><br>STIPULATED MOTION TO REMAND<br><br>(ECF No. 18) |

     IT IS STIPULATED by and between Maria Del Rocio Ramirez (Plaintiff) and Kilolo

Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned

counsel of record, that the above-entitled action shall be remanded to the Commissioner of

Social Security for further administrative proceedings.

     Upon remand, the Office of Hearing Operations will remand the case to an

Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the

prior administrative medical findings and medical opinion evidence of record.  The parties

further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 7th day of April 2022.

Dated:  April 8, 2022                          */s/  Jonathan O. Pena*
                                               JONATHAN O. PENA
                                               Attorney for Plaintiff
                                               *Authorized via e-mail on Apr. 6, 2022

Dated:  April 8, 2022                          PHILLIP A. TALBERT
                                               United States Attorney
                                               LISA A. THOMAS
                                               Regional Chief Counsel, Region VII
                                               Social Security Administration

                                     By:       */s/ SARAH E. PRESTON*
                                               SARAH E. PRESTON
                                               Special Assistant United States Attorney

                                               Attorneys for Defendant

2

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (ECF No. 18), and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk of the Court is respectfully directed to enter a judgment in favor of Plaintiff and against Defendant.

IT IS SO ORDERED.

Dated:  __**April 8, 2022**__          ___/s/ Erica P. Grosjean___

UNITED STATES MAGISTRATE JUDGE

3